THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 7:05-CV-155-BO(3)

| | |
|---|---|
| WILLIAM E. POOLE DESIGNS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION OF DISMISSAL |
| LISLE ARCHITECTURE & DESIGN, ) | |
| INC.; JOHN H. LIVERMAN III; and ) | |
| DONALD MOONEYHAM ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff William E. Poole Designs, Inc. and Defendants Lisle Architecture & Design, Inc., John Liverman III, and Donald Mooneyham, through undersigned counsel, hereby stipulate that this action and all claims and counterclaims asserted herein are DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this the 21st day of December, 2005.

                                            **COATS & BENNETT, P.L.L.C.**
                                            **Attorneys for Plaintiff**

By:   /s/ Anthony J. Biller
         David E. Bennett
         North Carolina State Bar No. 12,864
         Anthony J. Biller
         North Carolina State Bar No. 24,117
         Rebecca Crandall
         North Carolina State Bar No. 32,637
         1400 Crescent Green, Suite 300
         Cary, NC 27511
         Telephone No.: (919) 854-1844
         Facsimile No.: (919) 854-2084

       **THERESA ROSENBERG ARCHITECT & ATTORNEY**
       **Attorney for Defendant Lisle Architecture & Design, Inc.**

By: /s/ Theresa Rosenberg
   North Carolina State Bar No. 27,316
   2742 Rue Sans Famille
   Raleigh, NC 27607
   Telephone No.: (919) 781-5741
   trosenberg@mindspring.com


       **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
       **Attorney for Defendant John H. Liverman III**

By: /s/ Robert D. Mason, Jr.
   Charles A. Burke
   North Carolina State Bar No. 19,366
   Robert D. Mason, Jr.
   rmason@wcsr.com
   North Carolina State Bar No. 29,337
   One West Fourth Street
   Winston-Salem, NC 27101
   Telephone No.: (336) 721-3761
   Facsimile No.: (336) 726-9093


       **BRYANT, PATTERSON, COVINGTON, IDOL & LEWIS, P.A.**
       **Attorney for Defendant Donald Mooneyham**

By: /s/ David O. Lewis
   David O. Lewis
   North Carolina State Bar No. 9,917
   P.O. Box 341
   Durham, NC 27702
   Telephone No.: (919) 688-6341
   Facsimile No.: (919) 688-6343
   david.lewis@bpcilaw.com